IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:05CR48 RWS |
| | ) |
| RALPH HILL | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Defendant Ralph Hill was arrested by the St. Louis Metropolitan Police Department on August 20, 2004 and confined in the St. Louis City Workhouse and the St. Louis City Justice Center in the City of St. Louis in <u>State of Missouri v. Ralph Hill</u>, Cause No. 041-2736, for the offense of Unlawful Use of a Weapon. That charge arose out of the same facts and circumstances as this cause. The state charge was dismissed in lieu of this federal charge. Pursuant to Title 18 U.S.C.§ 3585(b), Ralph Hill is granted any credit for jail time toward the sentence in 4:0~~4~~5CR~~246~~48 RWS to which he is entitled to by law.

So Ordered

[signature]